DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
10 APRIL 2014

| 010P14 | State v. Rodney Jones, Jr. | 1. Def's *Pro Se* Motion for Notice and Notification Requesting and Appointing the N.C. Supreme Court as Trustee for Rodney Jones, Jr., the Beneficiary and Petitioner for the PDR | 1. Dismissed |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-676) | 2. Denied |
| 011P14 | State v. Donnie George Morton | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-146) | Denied |
| 026P10-3 | Jorge Galeas, Jr. v. FNU Muro, FNU McKnight, FNU Condrey, FNU Gatling, A. Cordy, FNU Graham, Colbert L. Respass, Felix C. Taylor, Randy Cartwright, Gorge T. Solomon, FNU Madry, FNU Gray, and FNU Akbar | Plt's *Pro Se* Motion for Commercial Affidavit | Dismissed |
| 026P14 | William Thomas Fox and Scott Everett Sanders v. The City of Greensboro; Mitchell Johnson, in his individual and official capacities; Timothy R. Bellamy, in his individual and official capacities; Gary W. Hastings, in his individual and official capacities; Ernest L. Cuthbertson, in his individual and official capacities; John D. Slone, in his individual and official capacities; Norman O. Rankin, in his individual and official capacities; and Martha T. Kelly, in her individual and official capacities | Defs' (Johnson, Bellamy, Hastings, and Kelly) PDR Under N.C.G.S. § 7A-31 (COA13-171) | Denied |
| | | | Edmunds, J., recused |